**18CG-CC00124**

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

## IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY

## STATE OF MISSOURI

| | |
|---|---|
| **Carl D. Ritter Jr.** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| **-vs-** | ) **Case No:** |
| | ) |
| | ) |
| **Delta School District R-V** | ) |
| **Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Melissa Heath, individually and/or** | ) |
| **in her official capacity.** | ) |
| | ) |
| **and** | ) |
| | ) |
| **Ken Cook, David Coomer, and** | ) |
| **Scott Bond, Matt Huffman** | ) |
| **individually and/or in their** | ) |
| **official capacities** | ) |
| **serve each at: 324 N. Liberty Street** | ) |
| **Delta, Mo 63744** | ) |
| **and** | ) |
| | ) |
| **Alan Ikerman, Meredith Scherer and** | ) |
| **Troy Smith,** | ) |
| **individually and/or in their** | ) |
| **official capacities** | ) |
| **serve each at: 324 N. Liberty Street** | ) |
| **Delta, Mo 63744** | ) |

## PETITION

**EXHIBIT A**

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

## NATURE OF CASE

1. This is a case under the Missouri Human Rights Act, RSMO 213. 010, *et seq*. (MHRA), The Age Discrimination in Employment Act of 1967 (ADEA) and common-law public policy.

## PARTIES

2. Plaintiff is a resident of the state of Missouri, and at all relevant times prior to his termination, was an employee of defendant, School District of Delta R-V (hereinafter, the District).

3. Plaintiff is male and is 57 years old.

4. The District is a political subdivision of the state of Missouri and an employer within the meaning of the MHRA, RSMO213. 010 and, upon information and belief, maintain liability insurance covering the claim made in count one at all relevant times.

5. Dr. Melissa Heath, at all relevant times was the Superintendent of the District, responsible for executing District policy, and acting directly in the interest of the District therefore an employer within the meaning of MHRA, RSMO 213.010.

6. Defendants Ken Cook, David Coomer, Scott Bond, Matt Huffman, Alan Ikerman, Meredith Scherer and Troy Smith were members of the Board of Education of the District who dismissed Plaintiff Ritter. They are hereinafter collectively referred to as the "Individual Board Defendants." They and/or the District were Ritter's employer within the meaning of § 213.010(7). At the time they took action against Mr. Ritter, the Individual Board Defendants knew or should have known that administrators in the District were discriminating against Ritter by firing him. Upon information and belief, these Defendants dismissed Plaintiff Ritter in an effort to protect other Defendants from

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

liability for their age discrimination against Ritter. They are sued in their individual and official capacities.

## JURISDICTION, VENUE, JURY DEMAND

7. All relevant acts and omissions described herein took place in Cape Girardeau County, Missouri.

8. Plaintiff filed a timely charge of discrimination with the Equal Opportunity Employment Commission.

9. The Equal Opportunity Employment Commission issued Plaintiff's Notice of Right to Sue on February 22nd, 2018.

10. Plaintiff exhausted all administrative prerequisites to suit.

11. The amount in controversy exceeds $25,000; Plaintiff demands a trial by jury.

## GENERAL ALLEGATIONS

12. Plaintiff Carl Ritter Jr.  is a resident of Cape Girardeau, Cape Girardeau County, Missouri age 57, date of birth September 9th, 1960, at all times herein material.

13.  That Defendant is a duly organized School District Primarily in Cape Girardeau County, Missouri operating a public school for students from Grades K through 12.

14. Defendant is an employer within the meaning of and has employed the requisite number of persons under Chapter 213, RSMo.

15. Venue is proper in this Court because the unlawful employment practices and other counts alleged in this Petition were committed in Cape Girardeau County, Missouri.

16. Plaintiff timely filed a charge of age discrimination with the Equal Opportunity Employment Commission ("EEOC"), on or about September 10th, 2017.

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

17. Plaintiff received a Notice of Right to Sue from the Equal Opportunity Employment Commission on February 22nd, 2018, attached hereto as "Exhibit A" and made part hereof.

18. This action has been commenced within 90 days of the date of this notice. Plaintiff has therefore met all administrative and jurisdictional requirements of the Act.

## FACTUAL ALLEGATIONS

19. That the Plaintiff is a resident of Cape Girardeau, Cape Girardeau County, Missouri age 57, date of birth September 9th, 1960, at all times herein material.

20. That Defendant is a duly organized School District Primarily in Cape Girardeau County, Missouri operating a public school for students from Grades K through 12.

21. That the District is supervised by a seven-member board of education with a superintendent and a high school principal.

22. That the Plaintiff was employed by the Defendant as a junior high science, physical education teacher and as a coach.

23. That in April, 2017 Superintendent Heath informed a gathering of faculty, including Plaintiff that all faculty contracts were being renewed for the upcoming year.

24. Plaintiff relied on Superintendent Heath's statements and did not apply for other open positions at other local school districts.

25. That in early March, 2017, Plaintiff applied for the position of Principal at Delta R-V Schools.

26. Plaintiff was ultimately not chosen for vacant position and other candidates were considered.

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

27. That Superintendent Melissa Heath had informed select staff that the Plaintiff had not been selected for the vacant position before Plaintiff had been informed.

28. That at 8:50 a.m. on March 20th Plaintiff was instructed to meet with Superintendent Heath at her office later that day.

29. At the meeting between Plaintiff and Superintendent Heath, Plaintiff expressed disappointment that staff was informed of the boards decision before the Plaintiff was informed.

30. That on March 21st, 2017 Plaintiff was asked to meet with Superintendent Heath and was subsequently placed on administrative leave and escorted off campus in the presence of faculty and students.

31. On March 23rd, 2017 Plaintiff received a phone call from Superintendent Heath and informed the Plaintiff that she wanted to ask him some questions.  Plaintiff agreed to answer Superintendent Heath's questions in person and with a witness.

32. Superintendent Heath informed Plaintiff that he was refusing to cooperate and ended the phone call.

33. Plaintiff Ritter complied or attempted to comply with all of Ms. Heath's instructions.

34. On March 31st, 2017 the Plaintiff received a letter signed by the Board of Education President stating that the board had voted to reconsider their previous offer of employment to the Plaintiff and not renew his contract for the school year 2017-2018 and that Plaintiff would remain on administrative leave.

## COUNT I

## VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

35. Mr. Ritter hereby adopts, realleges and incorporates by reference the allegations contained in paragraphs 1 through 34 above.

36. Plaintiff's age was a contributing factor in his having been subjected to a hostile/discriminatory work environment and termination from his position as teacher.

37. Plaintiff's age was a contributing factor in the decision not to retain his position as teacher.

38. Plaintiff's age was a contributing factor in Delta School District's decision not to hire him for the position of principal which he applied to.

39. The acts mentioned above or in violation of RSMo. § 213.055.

40. The acts mentioned above interfered with the Plaintiff's enjoyment of the benefits privileges, terms and conditions of his employment.

41. As a direct and proximate cause of said discrimination, hostile work environment, and termination of his teaching position, Plaintiff has suffered the following:

   a. Lost income, including but not limited to backpay, front pay and loss benefits;

   b. Lost career opportunities, including but not limited to opportunities for advancement, status, pay and benefits; and

   c. Mental and emotional anguish defined as "garden-variety" by Missouri law.

42. Pursuant to the MHRA, RSMo. § 213.111, Plaintiff is entitled to and hereby requests an award of attorney's fees and post judgement interest at the highest lawful rate on any award or verdict provided.

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

43. The actions of Delta School District and Superintendent Heath were willful, wanton, and in complete indifference to Plaintiff's rights. These actions are sufficient to justify the award of punitive damages to deter Delta School District and Superintendent Heath, and similarly situated defendants, from like actions in the future; and for such other and further relief as the Court deems just and proper.

## COUNT II

## AGE DISCRIMINATION IN VIOLATION OF THE MISSOURI HUMAN RIGHTS ACT, CHAPTER 213, RSMO

44. Mr. Ritter hereby adopts, realleges and incorporates by reference the allegations contained in paragraphs 1 through 43 above.

45. Defendant engaged in discriminatory actions towards Mr. Ritter including tolerating a pattern of differential treatment and harassment towards him and other teachers, which including removing him from his position at Delta High School.

46. Mr. Ritter's age was a contributing factor in the discriminatory actions alleged herein

47. As a direct result of Defendant's discriminatory actions, Mr. Ritter has suffered economic damages.

48. As a further result of the actions of the School District, Mr. Ritter has suffered a loss of self-esteem, humiliation, emotional distress and mental anguish.

49. Mr. Ritter is entitled to recover from Defendant his reasonable attorneys' fees, as provide in as provided in R.S.Mo § 213.111.2.

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

**WHEREFORE**, Mr. Ritter requests that the Court enter judgement in his favor and against Defendant, for such damages as are fair and reasonable, for his reasonable attorneys' fees and costs incurred herein, for interest as allowed by law, and for such other further legal and equitable relief as the Court deems proper.

## COUNT III

## FAILURE TO INSTRUCT/TRAIN SUPERVISE, CONTROL AND DISCIPLINE DIRECTED AGAINST DEFENDANT'S DISTRICT, DEFENDANT HEATH, AND BOARD

For Count III of Plaintiff's cause of action against Defendants District, Heath and Board of Education, Plaintiff states as follows:

50. Plaintiff alleges and incorporates by reference as if fully set forth herein, paragraphs 1 through 49 above.

51. While the district purportedly has policies and procedures prohibiting discrimination and retaliation, there exists within the District customs, practices and usages that are so pervasive that they constitute the policies of the defendants named herein, which caused the statutory violations and damages suffered by Mr. Ritter as set forth herein.

52. These Defendants owed a duty to Mr. Ritter to properly supervise other employees of the District to protect him from unreasonable risk of illegal discrimination.

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

53. These Defendants breached their duty to Mr. Ritter and instead acted to protect the Defendant District and Heath when they discriminated against Mr. Ritter, going as far to dismiss Mr. Ritter from his position.

54. These Defendants failed to use reasonable care in their supervision and control of Defendants' Delta School District and Heath, and therefore, they breached the duty they owed to Mr. Ritter

55. As a direct and proximate result of the acts and/or omissions complained of herein, Mr. Ritter lost wages and other benefits of employment.

56. As a direct and proximate result of the acts and/or omissions complained of herein, Mr. Ritter has suffered and will continue to suffer physical and emotional pain and suffering, mental anguish, inconvenience, humiliation, embarrassment, loss of enjoyment of life, and stress.

57. As a direct and proximate result of the acts and/or omissions complained of herein, Mr.Ritter has incurred and will continue to incur attorneys' fees, costs and expenses of litigation, to include but not limited to the attorneys' fees, costs and expenses related to this action.

58. Defendants' conduct was outrageous because of their evil motive or reckless indifference to the rights of others, and therefore, an award of punitive damages against the individual Defendants named herein, jointly and severally, is appropriate.

**WHEREFORE**, Plaintiff, Carl Ritter prays for an award of actual damages in an amount exceeding $25,000.00 against all Defendants for lost wages and benefits of employment, his emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life,

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

humiliation, stress, and loss of person and professional reputation, as well as costs and attorney's fees incurred herein. Plaintiff furtherer requests that this Court award him punitive damages against these Defendants, and such other and further relief as may appear to the Court to be equitable and just under the circumstances.

**COUNT IV**

**AGE DISCRIMINATION**

**ADEA**

59. Plaintiff alleges and incorporates by reference as if fully set forth herein, paragraphs 1 through 58 above.

60. The subjection of plaintiff to disparate treatment and adverse employment actions by defendants in whole or substantial part because of his age was in violation of the ADEA, 29 U.S.C. § 623 (1).

61. Defendant's violation of the ADEA was willful and plaintiff seeks liquidated damages for each violation.

62. Plaintiff has been made to suffer mental anguish and emotional distress, loss of employment and future employment opportunities, and loss of wages and benefits, as ad the direct and proximate result of defendants' violation of her civil rights alleged herein. Plaintiff is reasonably certain to continue to suffer these damages in the future. Plaintiff is entitled to the rights and remedies at law provided by the ADEA, 29 U.S.C. § 216 (b) including actual damages, compensatory damages, and attorney's fees.

**WHEREFORE**, Plaintiff prays for a judgement jointly and severally in his favor against the defendants as follows:

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

1.  Awarding the Plaintiff compensatory damages, punitive damages and attorney's fees on Count I in excess of $25,000.00;

2.  Awarding actual damages, compensatory damages and punitive damages on Count II in excess of $25,000.00;

3.  Awarding actual damages, compensatory damages and punitive damages on Count III in excess of $25,000.00;

4.  Awarding actual damages, compensatory damages and punitive damages on Count IV in excess $25,000.00

Respectfully submitted,

/s/ Gabryn Hazel_____
Gabryn Hazel  Mo Bar No. 69709
Associate Attorney at Michael Moroni Attorney at Law
P.O. Box 24
Bloomfield, Mo 63825
Voice: 573-568-9085
Fax:    573-568-2133
Email: gabe@moronilaw.com

Attorney for Plaintiff

/s/ Michael Moroni____
Michael Moroni        Mo Bar No.  36560
Attorney at Law
P.O. Box 24
Bloomfield, Mo 63825
Voice: 573-568-9085
Fax:    573-562-2133

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

michael_moroni1126@yahoo.com

Attorney for Plaintiff

**Exhibit A**

18CG-CC00124

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Carl Ritter**<br>**1558 Sloan Creek Ln**<br>**Cape Girardeau, MO 63701** | From: | **St. Louis District Office**<br>**1222 Spruce Street**<br>**Room 8.100**<br>**Saint Louis, MO 63103** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **560-2017-02032** | **David B. Mingo,**<br>**Investigator** | **(314) 539-7901** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

**James R. Neely, Jr.,**
**Director**

2/22/18
*(Date Mailed)*

cc:
**Mellisa Heath**
Superintendent
**DELTA R-V SCHOOLS**
324 N. Liberty
Delta, MO 63744

Isabe Hazel
**MICHAEL MORONI ATTORNEY AT LAW**
210 Shawnee St.
PO Box 24
Bloomfield, MO 63825

Electronically Filed - Cape Girardeau (Cape Girard) - May 22, 2018 - 04:05 PM

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you..

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO  63825 |
| **vs.** | |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO  63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |
| | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** | **DELTA R-V SCHOOL DISTRICT**<br>**Alias:** |

**324 N. LIBERTY**
**DELTA, MO  63744**



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| May 29, 2018 | /s/ *Jana Walther,* Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
         Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

| *(Seal)* | Subscribed and sworn to before me on _____ (date). |
|---|---|

My commission expires: _____        _____
                                                   Date                                              Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $      10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
|---|---|
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>vs.   BLOOMFIELD, MO  63825 |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO  63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** MELISSA HEATH
      **Alias:**

**324 N. LIBERTY**
**DELTA, MO  63744**

*COURT SEAL OF*



*CAPE GIRARDEAU COUNTY*

      **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

<u>   May 29, 2018   </u>       <u>*/s/ Jana Walther,* Deputy Clerk</u>
       Date                                            Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
       Printed Name of Sheriff or Server                           Signature of Sheriff or Server

               **Must be sworn before a notary public if not served by an authorized officer:**

     *(Seal)*           Subscribed and sworn to before me on _____ (date).

                  My commission expires: _____     _____
                                                 Date                            Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
|---|---|
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24 |
| vs. | BLOOMFIELD, MO  63825 |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | CAPE GIRARDEAU, MO  63701 |
|  | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  KEN COOK<br>Alias: | |
|---|---|

**324 N. LIBERTY**
**DELTA, MO  63744**

*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| May 29, 2018 | /s/ *Jana Walther,* Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
       Printed Name of Sheriff or Server                                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                         Date                                                          Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $     10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
| Plaintiff/Petitioner:<br><br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO  63825 |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO  63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

*(vs. appears between Plaintiff and Defendant rows)*

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:  DAVID COOMER**
**Alias:**

**324 N. LIBERTY**
**DELTA, MO  63744**



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

<u>May 29, 2018</u>                     */s/ Jana Walther,* Deputy Clerk
     Date                                   Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
       Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

My commission expires: _____    _____
                                      Date                            Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $\_\_\_\_10.00\_\_\_\_ | |
| Mileage | $_____ | (\_\_\_\_\_ miles @ $.\_\_\_\_\_ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO  63825 |
| **vs.** | |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO  63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  SCOTT BOND
                           Alias:

324 N. LIBERTY
DELTA, MO  63744



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

     **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| <u>May 29, 2018</u> | /s/ *Jana Walther,* Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

| **Sheriff's or Server's Return** |
|---|

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
       Printed Name of Sheriff or Server                              Signature of Sheriff or Server

           **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

            My commission expires: _____         _____
                                  Date                             Notary Public

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | **Case Number: 18CG-CC00124** |
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO 63825 |
| **vs.** | |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO 63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |
| | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** MATT HUFFMAN
**Alias:**

**324 N. LIBERTY**
**DELTA, MO 63744**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CAPE GIRARDEAU COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| | |
|---|---|
| <u>May 29, 2018</u><br>Date | /s/ *Jana Walther,* Deputy Clerk<br>Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                 Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                              Notary Public

| | |
|---|---|
| **Sheriff's Fees** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00___ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | | Case Number:  18CG-CC00124 |
| Plaintiff/Petitioner:<br>CARL RITTER JR | | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24 |
| | vs. | BLOOMFIELD, MO  63825 |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | CAPE GIRARDEAU, MO  63701 |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** ALAN IKERMAN
                    **Alias:**

**324 N. LIBERTY**
**DELTA, MO  63744**



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

<u>May 29, 2018</u>            */s/ Jana Walther, Deputy Clerk*
     Date                                       Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
      Printed Name of Sheriff or Server                                 Signature of Sheriff or Server

             **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

       My commission expires: _____     _____
                               Date                               Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | Case Number:  18CG-CC00124 |
|---|---|
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO  63825 |
| vs. | |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | CAPE GIRARDEAU, MO  63701 |
| | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: MEREDITH SCHERER
Alias:

**324 N. LIBERTY**
**DELTA, MO  63744**



*COURT SEAL OF*

*CAPE GIRARDEAU COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| <u>May 29, 2018</u> | /s/ *Jana Walther,* Deputy Clerk |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                       Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 32ND JUDICIAL CIRCUIT COURT, CAPE GIRARDEAU COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>BENJAMIN FREDERICK LEWIS | **Case Number:  18CG-CC00124** |
| Plaintiff/Petitioner:<br>CARL RITTER JR | Plaintiff's/Petitioner's Attorney/Address<br>GABRYN L HAZEL<br>ATTORNEY AT LAW<br>310 SHAWNEE STREET<br>PO BOX 24<br>BLOOMFIELD, MO  63825 |
| **vs.** | |
| Defendant/Respondent:<br> DELTA R-V SCHOOL DISTRICT | Court Address:<br>COMMON PLEAS COURTHOUSE<br>44 N LORIMIER<br>CAPE GIRARDEAU, MO  63701 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

*(Date File Stamp)*

## Summons in Civil Case

**The State of Missouri to:** TROY SMITH
                      **Alias:**

**324 N. LIBERTY**
**DELTA, MO  63744**

*COURT SEAL OF*



*CAPE GIRARDEAU COUNTY*

       **You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| <u>May 29, 2018</u> | /s/ *Jana Walther,* Deputy Clerk |
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
      Printed Name of Sheriff or Server                       Signature of Sheriff or Server

           **Must be sworn before a notary public if not served by an authorized officer:**

           Subscribed and sworn to before me on _____ (date).

*(Seal)*

           My commission expires: _____
                           Date                             Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

 

**Your Missouri Courts**    Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff HOERN_49692

**18CG-CC00124 - CARL RITTER JR V DELTA R-V SCHOOL DISTRICT ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**          Sort Date Entries: ● Descending    **Display Options:**
**Click here to Respond to Selected Documents**                    ○ Ascending          All Entries

---

05/29/2018   ☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-352, for SMITH, TROY.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-351, for SCHERER, MEREDITH.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-350, for IKERMAN, ALAN.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-349, for HUFFMAN, MATT.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-348, for BOND, SCOTT.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-347, for COOMER, DAVID.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-346, for COOK, KEN.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-345, for HEATH, MELISSA.

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-344, for DELTA R-V SCHOOL DISTRICT.

☐ **Case Review Scheduled**
Scheduled For: 10/01/2018;  9:00 AM ;  BENJAMIN FREDERICK LEWIS;  Cape Girardeau (Cape Girard)

05/22/2018   ☐ **Filing Info Sheet eFiling**
**Filed By:** GABRYN L HAZEL

☐ **Note to Clerk eFiling**
**Filed By:** GABRYN L HAZEL

☐ **Confid Filing Info Sheet Filed**
Confid File Info Sheet.
**Filed By:** GABRYN L HAZEL
**On Behalf Of:** CARL RITTER JR

☐ **Pet Filed in Circuit Ct**
Petition; Exhibit A.

☐ **Judge Assigned**

---