UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CARL RITTER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  1:18 CV 170 ACL |
| vs. | ) |
| | ) |
| DELTA R-V SCHOOL DISTRICT, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 1, 2020, Plaintiff Carl Ritter, Jr., by and through his attorney Michael Moroni, filed a Stipulation to Dismiss with Prejudice (Doc. 47), in which he advised the Court that the parties have settled this case and, pursuant to the Settlement Agreement, agree to dismiss this case with prejudice, each party to bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**.

Dated this 3rd day of March, 2020.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE